# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gregory Dunbar,               :
         Petitioner     :
                    :
       v.              :        No. 484 M.D. 2018
                    :
John E. Wetzel, Secretary for the Pa.  :
Dept. of Corrections,         :
         Respondent   :

**PER CURIAM**                **O R D E R**

NOW, August 5, 2019, upon consideration of petitioner's application for reconsideration, and respondent's answer in response thereto, the application is denied.